### 42739. PARISH v. GEORGIA RAILROAD BANK & TRUST COMPANY.

EBERHARDT, Judge. An order sustaining a general demurrer to defendant's plea of nudum pactum is not a final judgment; hence is not appealable.[1] *Johnson v. Battle,* 120 Ga. 649 (2) (48 SE 128); *Code Ann.* § 6-701. The notice of appeal must specify an appealable judgment from which the appeal is entered (*Code Ann.* §§ 6-802, 6-803; *Interstate Fire Ins. Co. v. Chattam,* 222 Ga. 436 (150 SE2d 618); *Birdwell v. Pippen,* 113 Ga. App. 202 (147 SE2d 673)), absent which the appeal must be dismissed. *Code Ann.* § 6-809.

> *Appeal dismissed. Felton, C. J., and Hall, J., concur.*

SUBMITTED APRIL 3, 1967—DECIDED APRIL 5, 1967.

*Sanders, Hester & Holley, Jerry B. Dye,* for appellant.
*Cumming, Nixon, Eve, Waller & Capers, Richard E. Allen, John D. Capers,* for appellee.

---

[1]It would, of course, be reviewable if enumerated as error in connection with an appeal from a final judgment.